```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DENISE SELVAGGIO              :       CIVIL ACTION
                              :
        v.                    :
                              :
WILLIAM E. HORNER, et al.     :       NO. 14-4109
```

ORDER

AND NOW, this 27th day of August, 2014, it is hereby ORDERED that:

(1)  the motion of the third-party defendant United States of America to dismiss the action as to it for lack of subject-matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. # 4) is GRANTED; and

(2)  the action insofar as plaintiff Denise Selvaggio has sued defendants William E. Horner and Margaret E. Horner, individually and as co-trustees of the Horner Family Revocable Trust, is REMANDED to the Court of Common Pleas of Chester County, Pennsylvania.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                         J.